UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mark Berube, <br><br>    Plaintiff, <br><br>v. <br><br>Rockwell Automation, Inc., the Rockwell Automation Employee Benefits Plan Committee, and John/Jane Does 1-20. <br><br>    Defendants. | Civil Action No. 2:20-cv-01783 |

## **ORDER**

Having considered the Parties' Joint Motion to Stay Due to Settlement, and finding "good cause" therefore,

**IT IS ORDERED** that this case is **STAYED** to allow the Parties to finalize their settlement.

**IT IS FURTHER ORDERED** that the dispositive motion deadlines (*see* ECF No. 67) and Defendants' deadline to respond to Plaintiff's Motion for Reconsideration (ECF No. 68) are hereby **VACATED**. If the Parties are unable to finalize their settlement, the Court shall reset these deadlines.

**IT IS FURTHER ORDERED** that Plaintiff has until **November 1, 2023,** to file a motion for preliminary approval of the class action settlement and any supporting papers.

This 15TH day of September, 2023

                          /s/Lynn Adelman
                          UNITED STATES DISTRICT JUDGE
                          LYNN ADELMAN