UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mark Berube, on behalf of himself and all others similarly situated, | Civil Action No. 2:20-CV-01783 |
| Plaintiff, | |
| vs. | |
| Rockwell Automation, Inc., the Rockwell Automation Employee Benefits Plan Committee, and John/Jane Does 1–20, | CLASS ACTION |
| Defendants. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiff Mark Berube, individually and as proposed Class Representative, moves for an order preliminarily approving a class action settlement agreement between Plaintiff and Defendants (collectively "Rockwell"), approving notice to the class, and setting a date for a fairness hearing.[1] Specifically, Plaintiff asks the Court to: (1) preliminarily approve the proposed Settlement; (2) preliminarily certify the Settlement Class; (3) approve the proposed form and method of notice to the Class; and (4) schedule a hearing at which the Court will consider final approval of the Settlement. A [Proposed] Order is filed herewith.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and the Declarations of Robert A. Izard and Gregory Porter.

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as set forth in the Parties' Settlement Agreement.

1

Dated: November 1, 2023					Respectfully submitted,

					 */s/ Robert A. Izard*
					**IZARD, KINDALL & RAABE LLP**
					Robert A. Izard
					29 South Main Street, Suite 305
					West Hartford, CT 06107
					Tel: (860) 493-6292
					Fax: (860) 493-6290
					rizard@ikrlaw.com

					**CRUEGER DICKINSON LLC**
					Charles J. Crueger
					Erin K. Dickinson
					4532 North Oakland Avenue
					Whitefish Bay, WI 53211
					Tel: (414) 210-3868
					Fax: (414) 433-4544
					Email: cjc@cruegerdickinson.com
					Email: ekd@cruegerdickinson.com


					**BAILEY & GLASSER LLP**
					Gregory Y. Porter
					Mark G. Boyko
					Laura Babiak
					1054 31st Street, NW, Suite 230
					Washington, DC 20007
					(202) 463-2101
					(202) 463-2103 fax
					gporter@baileyglasser.com
					mboyko@baileyglasser.com
					lbabiak@baileyglasser.com

					*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*s/ Robert A. Izard*
Robert A. Izard