UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Mark Berube, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>      vs.<br><br>Rockwell Automation, Inc., the Rockwell Automation Employee Benefits Plan Committee, and John/Jane Does 1–20,<br><br>                Defendants. | Civil Action No. 2:20-CV-01783<br><br><br><br><br><br>CLASS ACTION |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT**

Plaintiff Mark Berube, individually and as proposed Class Representative, moves for an order granting final approval of a class action settlement agreement between Plaintiff and Defendants (collectively "Rockwell").[1] Specifically, Plaintiff asks the Court to for an order: (1) granting final approval of the Settlement; (2) certifying a Settlement Class pursuant to Fed. R. Civ. P. 23; (3) appointing Plaintiff as the Class Representative; and (4) appointing Izard, Kindall & Raabe, LLP and Bailey Glasser LLP as Class Counsel.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and the Declarations of Robert A. Izard and Gregory Y. Porter.

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as set forth in the Parties' Settlement Agreement.

1

Dated: January 23, 2024                              Respectfully submitted,

  /s/ Robert A. Izard
**IZARD, KINDALL & RAABE LLP**
Robert A. Izard
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
rizard@ikrlaw.com

**CRUEGER DICKINSON LLC**
Charles J. Crueger
Erin K. Dickinson
4532 North Oakland Avenue
Whitefish Bay, WI 53211
Tel: (414) 210-3868
Fax: (414) 433-4544
Email: cjc@cruegerdickinson.com
Email: ekd@cruegerdickinson.com


**BAILEY & GLASSER LLP**
Gregory Y. Porter
Mark G. Boyko
Laura Babiak
1054 31st Street, NW, Suite 230
Washington, DC 20007
(202) 463-2101
(202) 463-2103 fax
gporter@baileyglasser.com
mboyko@baileyglasser.com
lbabiak@baileyglasser.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

<em>s/ Robert A. Izard</em><br>
Robert A. Izard